IN THE ELEVENTH CIRCUIT APPELLATE COURT

ZAVALA,           Appellant

v.

WARD et al.,      Appellees

MD DIST COURT # 5:19-cv-00383-TES-CHW
Appeal # 298910-JJ

## MOTION FOR EXTENTION OF TIME OR STAY

COMES NOW plaintiff-Appellant David Zavala (pro se), a prisoner warehoused in SHU @ USP of ATL in Atlanta, GA petitioning this court for an extention of time to respond to appellees brief due to unusual circumstances & conditions of confinement hindering the litigation of this case. In alternative I ask for a stay of this case & specific orders be issued until these foregoing is resolved. In support of this motion I make the following factual statements under Oath & penalty of purjery:

1.) I was admitted to the SHU January 15th, 2023 & to this date have been denied my legal documents & even a pen to do legal writing.

2.) On or about January 28th, 2023 an email was sent to Warden Jenkins making him aware of these issues & petitioning relief from such. This was the only instance I was allowed law-library access &

(1)

have been denied ever since.

3.) On February 5th, 2023 @ approx 3pm counceller Pollard did a round in SHU. This was the second time Pollard was asked to send my property to SHU according to BOP policy. I made him aware of my need for my legal documents, legal writing materials (ie pens, stamps), & forms to exhaust my administrative remedies. All of the above were blatantly denied, even the forms he had at hand.

4.) Several petitions for relief have been made to SHU supervisor Humes in written & verbal form to no avail. After 3 weeks of begging I was barely provided the address for this court.

5.) SHU cameras & my cellmate Nagee Lumley will corroborate the above factual statements.

WHEREFORE I respectfully pray this court will grant a 60 day extention &/or a stay on all proceedings until these issues are resolved or I'm released from SHU. An order to this facility to correct these 1st amendment violations is also necessary for effective litigation.

On this 7th day of February 2023.

Respectfully
David ZAVALA

David Zavala #01574120  USP of ATL PO BOX 150160
ATL, GA, 30315

## CERTIFICATE OF INTERESTED PERSONS

I hereby certify to the best of my recollection the following individuals & entities have an interest in this case

1.) George Ball, Unit Manager
2.) Greg Davis, Lt.
3.) Alfred Evans, CO I
4.) Benjamin Ford, Warden
5.) Jonas Goody, Grievance Councelor
6.) Merry Gore, Nurse
7.) Georgia Dept of Corr.
8.) Jimmy Harper, Lt.
9.) Middle District Judge
10.) Ricky Myrick, Asst. Commissioner
11.) Micheal Noren, Lt.
12.) Thomas Sumpter, Lt.
13.) Joseph Polite, Deputy Warden
14.) Cedric Taylor, Regional Director
15.) Robert Toole, Director
16.) Elaine Wagy, Nurse
17.) Timothy Ward, Commissioner
18.) Charles Wiegle, Magistrate Judge
19.) David Zavala, Pro Se Plaintiff

Respectfully
David Zavala

David Zavala #01574120
USP of ATL
PO Box 150160
ATL, GA, 30315

* Legal/special mail
  procedures apply

* Submitted on camera &
  logged for legal purposes:
  FEB. 7, 2023
  @ approx 10pm from SHU

ATLANTA METRO
8 FEB 2023 PM 11 L

CLEARED DATE
FEB -8
U.S. Marshals Service
Atlanta, GA 30303

ELEVENTH CIR COURT OF APPEALS
56 Forsyth St. N.W.
Atlanta, GA. 30303

*Legal Mail*