IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10989-JJ

_____

DAVID ZAVALA,

                                                  Plaintiff - Appellant,

versus

COMMISSIONER TIMOTHY C. WARD,
In his individual and official capacity,
ASST COMMISSIONER RICKY MYRICK,
ROBERT TOOLE,
Director of Field Operations,
REGIONAL DIRECTOR TAYLOR,
GD&CP/SMU,
WARDEN BENJAMIN FORD,
GD&CP/SMU, et al.,

                                                  Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ORDER:

The motion for extension of time or stay construed as an out of time motion for an extension of time to file reply brief is GRANTED.

Appellant's reply brief is due within sixty (60) days from the date of this order.

                                                  /s/ Jill Pryor
                                                  UNITED STATES CIRCUIT JUDGE